1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   ING BANK, fsb,                          )      Case No.: C 09-1467 PVT
                                              )
13                        Plaintiff,          )      **ORDER SETTING DEADLINE FOR PARTIES
                                              )      TO FILE EITHER A " CONSENT TO PROCEED
14        v.                                  )      BEFORE A UNITED STATES MAGISTRATE
                                              )      JUDGE," OR ELSE A " DECLINATION TO
15   BAIMBA JOHN,                             )      PROCEED BEFORE A UNITED STATES
                                              )      MAGISTRATE JUDGE AND REQUEST FOR
16                        Defendant.          )      REASSIGNMENT"**
     _____  )
17                                            )
     AND RELATED THIRD-PARTY ACTION )
18   _____  )

19        On May 19, 2009, Plaintiff filed a Motion to (1) Strike Counterclaims of Baimba John

20   Pursuant to Fed R. Civ P. 12(f); and (2) Dismiss ING Bank, fsb from Third Party Complaint

21   Pursuant to Fed R. Civ P 12(b)(6).[1]   Pursuant to Civil Local Rule 73-1(a)(2), no later than five court

22   days after that motion was filed each party was required to file either a written consent to the

23   jurisdiction of the magistrate judge, or request reassignment to a district judge.[2]  No party has yet

24   done so.  Therefore, based on the file herein,

25

26        [1]      The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.
27

28        [2]      Magistrate Judges have authority to hear dispositive motions, such as the motion to strike
     and dismiss filed by Plaintiff, only in cases where all parties have consented to Magistrate Judge
     jurisdiction.  *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

1    IT IS HEREBY ORDERED that no later than July 8, 2009, each party shall file either a

2 "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed

3 Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available

4 from the clerk of the court, or from the Forms (Civil) section of the court's website at

5 www.cand.uscourts.gov.

6 Dated: *7/2/09*

7                                                        *Patricia V. Trumbull*
                                                          PATRICIA V. TRUMBULL
8                                                         United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28