1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11

12   ING BANK, fsb,                          )        Case No.: C 09-1467 PVT
                                             )
13                    Plaintiff,             )        **ORDER EXTENDING TIME FOR PLAINTIFF
                                             )        TO FILE EITHER A "CONSENT TO PROCEED
14        v.                                 )        BEFORE A UNITED STATES MAGISTRATE
                                             )        JUDGE," OR ELSE A "DECLINATION TO
15   BAIMBA JOHN,                            )        PROCEED BEFORE A UNITED STATES
                                             )        MAGISTRATE JUDGE AND REQUEST FOR
16                    Defendant.             )        REASSIGNMENT"; AND
     _____        )
17                                           )        **ORDER CONTINUING HEARING
     AND RELATED THIRD-PARTY ACTION )
18   _____        )

19

20          On July 2, 2009, this court issued an order setting a deadline for the parties to file either a

21   written consent to the jurisdiction of a Magistrate Judge, or else a declination and request

22   reassignment to a District Judge, pursuant to this court's Civil Local Rule 73-1(a)(2).[1]  It has come to

23   the court's attention that the order was not mailed to Defendant Baimba John, who is representing

24

25   _____

     [1]        On May 19, 2009, Plaintiff filed a Motion to (1) Strike Counterclaims of Baimba John
26   Pursuant to Fed. R. Civ P. 12(f); and (2) Dismiss ING Bank, fsb from Third Party Complaint Pursuant
     to Fed. R. Civ P 12(b)(6).  Magistrate Judges have authority to hear dispositive motions, such as the
27   motion to strike and dismiss filed by Plaintiff, only in cases where all parties have consented to
     Magistrate Judge jurisdiction.  *See* 28 U.S.C. § 636(c)(1).  Pursuant to Civil Local Rule 73-1(a)(2), no
28   later than five court days after the motion to strike and dismiss was filed each party was required to file
     either a written consent to the jurisdiction of the magistrate judge, or request reassignment to a district
     judge.

                                        ORDER, *page 1*

1   himself *in pro per*.  Therefore,

2       IT IS HEREBY ORDERED that no later than July 27, 2009, Defendant Baimba John shall

3   file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to

4   Proceed Before a United States Magistrate Judge and Request for Reassignment."  Both forms are

5   available from the clerk of the court, or from the Forms (Civil) section of the court's website at

6   www.cand.uscourts.gov.

7       IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion to Strike Counterclaims

8   and Dismiss ING Bank, fsb from Third Party Complaint is CONTINUED to 10:00 a.m. on August 4,

9   2009.

10  Dated: *7/10/09*

11                      *Patricia V. Trumbull*
                        PATRICIA V. TRUMBULL
12                      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4   <u>copy mailed on   *7/10/09*                to:</u>

5   Baimba John
    3354 Casa Legno Court
6   San Jose, CA  95148

7                                              */s/ Donna Kirchner        for*
                                             CORINNE LEW
8                                            Courtroom Deputy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28