UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ING BANK, fsb,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAIMBA JOHN,<br><br>　　　　　Defendant.<br>_____<br>AND RELATED THIRD-PARTY ACTION | Case No.: C 09-1467 PVT<br><br>**ORDER** S<small>ETTING</small> D<small>EADLINES FOR</small> D<small>EFENDANT AND</small> T<small>HIRD</small> P<small>ARTY</small> P<small>LAINTIFF</small> B<small>AIMBA</small> J<small>OHN TO</small> F<small>ILE</small> A<small>MENDED</small> T<small>HIRD</small> P<small>ARTY</small> C<small>OMPLAINT AND TO</small> S<small>ERVE</small> T<small>HIRD</small> P<small>ARTY</small> D<small>EFENDANTS</small>; <small>AND</small><br><br>C<small>ONTINUING</small> C<small>ASE</small> M<small>ANAGEMENT</small> C<small>ONFERENCE TO</small> S<small>EPTEMBER</small> 29, 2009 |

　　　　On August 18, 2009 Plaintiff and Defendant[1] appeared for a Case Management Conference. Based on the discussions at the conference,

　　　　IT IS HEREBY ORDERED that Defendant and Third Party Plaintiff Baimba John ("John") shall file his amended third party complaint no later than August 28, 2009.

　　　　IT IS FURTHER ORDERED that John shall serve the amended third party complaint and summons on Third Party Defendant J.P. Morgan Chase ("Chase") no later than August 28, 2009. Along with the third party complaint and summons, John shall serve on Chase the following: 1) a

---

[1]　　Defendant appeared by telephone. The court notes that, absent leave of court, the court expects parties to appear in person for all scheduled hearings and conferences.

O<small>RDER</small>, *page 1*

copy of this order; 2) an interrogatory (i.e., a written request for information)[2] asking Chase to supply him with any addresses it has for Third Party Defendant David Bunin.

IT IS FURTHER ORDERED that the Case Management Conference is continued to September 29, 2009 at 2:00 p.m. in Courtroom 5 of this court.

Dated: *8/20/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] Information about interrogatories can be found at pages 78 – 80 of the court's Handbook for Litigants Without a Lawyer, which is available from the clerk of the court, or by clicking on the "Pro Se Handbook" link in the list on the right hand side of the court's website.

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copy mailed on     *8/24/09*         to:

Baimba John
3354 Casa Legno Court
San Jose, CA  95148

                                               */s/   Donna Kirchner*                 *for*
                                               CORINNE LEW
                                               Courtroom Deputy