| | |
|---|---|
| ING BANK, fsb, | Case No.: C 09-1467 PVT |
| Plaintiff, | **ORDER AFTER FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| BAIMBA JOHN, | |
| Defendant. | |
| AND RELATED THIRD-PARTY ACTION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

On January 13, 2010, the parties appeared for a further Case Management Conference. Based on the discussions at the conference,

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that, no later than January 26, 2010, the parties shall file a proposed form of protective order to govern the handling of confidential information produced during discovery in this action. Pending entry of a final form of protective order, the terms of this court's model form of stipulated protective order will govern the handling of confidential information produced during discovery in this action. Copies of the court's model form of order are available from the clerk of the court and in the forms section of this courts website at

www.cand.uscourts.gov.

IT IS FURTHER ORDERED that the parties are referred to court sponsored mediation. The parties shall promptly contact the court's ADR department to make the appropriate arrangements. Absent further order of the court, the mediation shall be completed no later than June 4, 2010.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Designation of Experts with Reports. | 8/16/10 |
| Designation of Rebuttal Experts with Reports. | 8/23/10 |
| Fact Discovery Cutoff. | 8/30/10 |
| Deadline(s) for Filing Discovery Motions. | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on 9/14/10 |
| Expert Discovery Cutoff. | 9/24/10 |
| Final Pretrial Conference. | 2:00 p.m. on 11/2/10 |
| Jury Trial | 9:30 a.m. on 11/15/10 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *1/13/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copy mailed on    *1/13/10*    to:

Baimba John
3354 Casa Legno Court
San Jose, CA  95148

                      */s/ Donna Kirchner*    *for*
                      CORINNE LEW
                      Courtroom Deputy