UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ING BANK, FSB,<br>        Plaintiff,<br><br>   v.<br><br>BAIMBA JOHN,.<br>        Defendant.<br>_____/ | No. C 09-1467 PVT<br><br>**ORDER DENYING REQUEST TO EXCUSE PLAINTIFF ING BANK, FSB'S CORPORATE REPRESENTATIVE FROM PERSONALLY ATTENDING THE ENE SESSION**<br><br>Date:     May 11, 2010<br>Mediator: George Fisher |

IT IS HEREBY ORDERED that plaintiff ING Bank, fsb's request that its corporate representative, Thomas Houlihan, be excused from personally attending the May 11, 2010, mediation session before George Fisher is DENIED.  Mr. Houlihan shall appear in person at the mediation.

IT IS SO ORDERED.

May 5, 2010                                            By:                     *Elizabeth D. Laporte*
Dated                                                                                Elizabeth D. Laporte
                                                                                      United States Magistrate Judge