1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10         SAN JOSE DIVISION

11  ING BANK, fsb,                        )       Case No.: C 09-1467 PVT
                                          )
12              Plaintiff,                )       **ORDER CONTINUING HEARING AND
                                          )       SOLICITING BRIEFING ON EFFECT OF
13       v.                               )       BAIMBA JOHN'S BANKRUPTCY FILING ON
                                          )       THIRD-PARTY ACTION**
14  BAIMBA JOHN,                          )
                                          )
15              Defendant.                )
    _____ )
16                                        )
    AND RELATED THIRD-PARTY ACTION )
17  _____ )

18         On September 7, 2010, Defendant and Third-Party Plaintiff Baimba John ("Defendant") filed

19  a notice of bankruptcy filing, and thus Plaintiff's action against Mr. John is automatically stayed by

20  virtue of 11 U.S.C. section 362.  Based on said notice,

21         IT IS HEREBY ORDERED that the summary judgment hearing set for September 14, 2010

22  is CONTINUED to 10:00 a.m. on October 19, 2010.

23         IT IS FURTHER ORDERED that no later than October 5, 2010, the parties shall file

24  supplemental briefs addressing the issue of whether or not 11 U.S.C. section 362 also operates to

25  stay the third-party action.

26  Dated:    *9/13/10*

27                                               _____
                                                 PATRICIA V. TRUMBULL
28                                               United States Magistrate Judge


                         ORDER, *page 1*

1

2    *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

3    copy mailed on _____*9/13/10*_____ to:

4    Baimba John
     3354 Casa Legno Court
5    San Jose, CA  95148

6                                                      */s/   Donna Kirchner*
                                                       DONNA KIRCHNER
7                                                      Judicial Law Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*