UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ING BANK, FSB,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BAIMBA JOHN,<br><br>　　　　　Defendant.<br>_____ | Case No.: C 09-01467 PSG<br><br>**ORDER LIFTING STAY AND SETTING HEARING DATE**<br><br>**(Re: Docket No. 58)** |

On October 18, 2010, Judge Trumbull stayed this case pending resolution of Third-Party Plaintiff Baimba John's bankruptcy case, an order granting relief from the bankruptcy case, or any other development which establishes that part or all of the case should no longer be stayed.[1]  Pending further order of the court, the parties were instructed to file a status report on April 15, 2011 to inform the court of the status of the bankruptcy case and whether a stay was still warranted.

On April 8, 2011, Plaintiff ING Bank, FSB ("ING") filed a Status Update informing the court that on November 22, 2010, the bankruptcy court granted relief from the stay to allow the district court to proceed with this case.  Accordingly,

IT IS HEREBY ORDERED that the stay is lifted.

IT IS FURTHER ORDERED that oral argument on the pending motion for summary

---

[1] *See* 10/18/10 Order Staying Case (Docket No. 53).

ORDER, *page 1*

1 | judgment will be heard on May 3, 2011.

2 | Dated: April 11, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Baimba John
3354 Casa Legno Court
San Jose, CA 95148

Dated: April 11, 2011

                                               */s/ Chambers Staff*
                                           Chambers of U.S. Magistrate Judge Paul S. Grewal