AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

ING Bank, FSB

                      Plaintiff (s),

      V.

Baimba John

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 09-CV-1467 PSG

Notice is hereby given that, subject to approval by the court, ING Bank, FSB substitutes
(Party (s) Name)

Patricia P. Hollenbeck, State Bar No. 121765 as counsel of record in
(Name of New Attorney)

place of James B. Hicks.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         DUANE MORRIS LLP
    Address:            101 West Broadway, Suite 900 San Diego, CA 92101
    Telephone:        (619) 744-2200          Facsimile (619) 744-2201
    E-Mail (Optional):  phollenbeck@duanemorris.com

I consent to the above substitution.
Date: 4/29/11

                                            (Signature of Party (s))
                               Tom Houlihan, ING Bank, FSB

I consent to being substituted.
Date: 4/29/11

                                     (Signature of Former Attorney (s))
                               James B. Hicks, HICKS PARK, LLP

I consent to the above substitution.
Date: 4/29/11

                                         (Signature of New Attorney)
                             Patricia P. Hollenbeck, DUANE MORRIS, LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: May 2, 2011                             Paul S. Grewal
                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]