UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ING BANK, FSB, | Case No.: 09-CV-1467-PSG |
| Plaintiff, | **ORDER REGARDING ING'S SUPPLEMENTAL DECLARATION** |
| v. | |
| BAIMBA JOHN, | **(Re: Docket No. 67)** |
| Defendant. | |
| AND RELATED THIRD-PARTY ACTION | |

On May 5, 2011, Plaintiff ING BANK, FSB ("ING") filed a supplemental declaration in which it identified Automated Clearing House Rule 8.7.1 as the rule it referred to in its motion for summary judgment. ING shall submit a copy of this rule to the court no later than May 27, 2011.

**IT IS SO ORDERED.**

Dated: May 20, 2011

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 09-1467
ORDER