UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ING BANK,<br><br>　　　　　　Plaintiff,<br>v.<br>BAIMBA JOHN,<br>　　　　　　Defendant.<br><br>AND RELATED THIRD-PARTY ACTION | Case No.: 09-CV-1467-PSG<br><br>**JUDGMENT** |

Pursuant to this court's July 27, 2011 order granting the Motion for Summary Judgment of Third Party Defendant JP Morgan Chase Bank,

IT IS HEREBY ORDERED that judgment in the related third-party action be entered in favor of Defendant JP Morgan Chase Bank and against Third Party Plaintiff Baimba John ("John").

**IT IS SO ORDERED.**

Dated: 8/4/2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.: 09-1467
ORDER