Patricia P. Hollenbeck (SBN 121765)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619 744 2200
Facsimile:  619 744 2201
E-mail:    phollenbeck@duanemorris.com

Attorneys for Plaintiff ING Bank, FSB

John Gregory Downing (SBN 157717)
**LAW OFFICES OF JOHN G. DOWNING**
10069 West River Street, Suite 6C
Truckee, CA 96161
Telephone: 530 582 9182
Facsimile:  530 579 5062
E-mail:    john@downinglaw.com

Attorneys for Defendant Baimba John

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, FSB, | Case No.: 5:09-CV-1467 PSG |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE SCHEDULED FOR OCTOBER 18, 2011** |
| v. | |
| BAIMBA JOHN, an individual, | Date:   October 18, 2011
Time:   2:00 p.m.
Dept:   /
Judge:  Hon. Paul Singh Grewal |
| Defendant. | |
| AND THIRD-PARTY CLAIM | |

DM1\2917141.1

**Joint Stipulation and [Proposed] Order to Continue Status Conference; Case No. 5:09-CV-1467 PSG**

IT IS HEREBY STIPULATED by and between ING BANK, FSB, ("Plaintiff") and Defendant, Baimba John through their respective attorneys of record that the Status Conference scheduled for October 18, 2011 at 2:00 p.m. in this matter be continued until November 1, 2011 at 2:00 p.m. The parties respectfully request this continuance due to a recent unexpected scheduling conflict that will render Patricia P. Hollenbeck, counsel for Plaintiff, unable to attend.

**IT IS SO STIPULATED.**

Dated: October 17, 2011                **DUANE MORRIS LLP**

By:   /s/ *Patricia P. Hollenbeck*
Patricia P. Hollenbeck
Attorneys for Plaintiff, ING Bank, FSB

Dated: October 17, 2011                **LAW OFFICES OF JOHN G. DOWNING**

By:   /s/ *John G. Downing*
John G. Downing
Attorneys for Defendant, Baimba John

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 32 13: 133

Honorable Paul Singh Grewal
United States Magistrate Judge