Patricia P. Hollenbeck (SBN 121765)
Heather U. Guerena (SBN 238122)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619 744 2200
Facsimile:  619 744 2201
E-mail:    phollenbeck@duanemorris.com

Attorneys for Plaintiff ING Bank, FSB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, FSB,<br><br>                    Plaintiff,<br><br>        v.<br><br>BAIMBA JOHN, an individual,<br><br>                    Defendant.<br><br>AND THIRD-PARTY CLAIM | Case No.: 5:09-CV-1467 PSG<br><br>**[PROPOSED] ORDER DISMISSING THE FRAUD CAUSE OF ACTION AND ORDERING THE CLERK TO ENTER JUDGMENT IN FAVOR OF ING BANK FSB**<br><br>Ctrm:     5<br>Judge:    Hon. Paul Singh Grewal |

1   Based upon the papers submitted, no objection by Defendant Baimba John, and upon GOOD
2   CAUSE SHOWN, it is hereby ORDERED THAT:
3   1.   The first cause of action for fraud is dismissed and the complaint is hereby amended
4   to omit the fraud cause of action.
5   2.   The clerk's office is ordered to enter judgment in favor of ING Bank, fsb and against
6   Baimba John in conformance with this Court's ruling on the Motion Granting-In-Part and Denying-
7   In-Part the Motion for Summary Judgment filed by ING Bank, fsb. [Dkt 94]
8   SO ORDERED

Dated: November 30, 2011

_Paul S. Grewal_
Honorable Paul Singh Grewal
United States Magistrate Judge